No. A–791.   O'BRYAN *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   Application for emergency relief, with respect to the order of the Court of Appeals for the District of Columbia Circuit, dated this day, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application.

APRIL 2, 1984

No. 83–1323.   COX ET AL. *v.* LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT ET AL.   Appeal from Sup. Ct. Ky. dismissed for want of substantial federal question.

No. 83–1387.   HOLT *v.* COUNTY OF TIOGA, NEW YORK.   Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 83–1335.   KONIG *v.* ABBOTT.   Appeal from App. Dept., Super. Ct. Cal., County of Los Angeles, dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1352.   BISCHOFF ET AL. *v.* CITY OF AUSTIN.   Appeal from Ct. App. Tex., 3d Sup. Jud. Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–6264.   CHAPMAN *v.* MICHIGAN NATIONAL BANK OF DETROIT.   Appeal from D. C. E. D. Mich. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–1787.   BUCKINGHAM CORP. *v.* ODOM CORP., DBA ARIZONA DISTRIBUTING CO.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Monsanto Co.* v. *Spray-Rite Service Corp.*, 465 U. S. 752 (1984).